FILED
CLERK, U.S. DISTRICT COURT

01/18/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Central District of California

Eastern Division

NO CV30
N/S

**FEE PAID**

Chen Gu Shen

Case No.  **5:22-cv-00107-CJC(RAO)**

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

-v-

J. Frias #F6901B. Stebbing #G3841. Gregory Ditfurth
#D6032. Jeffrey Moss #F6917. San Bernardino Code
Enforcement.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Chen Gu Shen |
| Address | 11922 Lower Azusa Ave |
| | North El Monte                    CA                91732 |
| | *City*                                  *State*            *Zip Code* |
| County | Los Angeles |
| Telephone Number | 626-831-5272 |
| E-Mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | J. Frias #F6901 |
| Job or Title *(if known)* | |
| Address | 173 W 3rd St, Fourth Floor |
| | San Bernardino                    CA                92415 |
| | *City*                                  *State*            *Zip Code* |
| County | San Bernardino |
| Telephone Number | 909-884-4056 |
| E-Mail Address *(if known)* | |

☑ Individual capacity        ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | B. Stebbing #G3841 |
| Job or Title *(if known)* | |
| Address | 173 W 3rd St, Fourth Floor |
| | San Bernardino                    CA                92415 |
| | *City*                                  *State*            *Zip Code* |
| County | San Bernardino |
| Telephone Number | 909-884-4056 |
| E-Mail Address *(if known)* | |

☑ Individual capacity        ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name                                Gregory Ditfurth #D6032

Job or Title *(if known)*

Address                             173 W 3rd St, Fourth Floor

San Bernardino                      CA                   92415
*City*                              *State*              *Zip Code*

County                              San Bernardino
Telephone Number                    909-884-4056
E-Mail Address *(if known)*

☑ Individual capacity        ☐ Official capacity

Defendant No. 4

Name                                San Bernardino Code Enforcement

Job or Title *(if known)*

Address                             173 W 3rd St, Fourth Floor

San Bernardino                      CA                   92415
*City*                              *State*              *Zip Code*

County                              San Bernardino
Telephone Number                    909-884-4056
E-Mail Address *(if known)*

☐ Individual capacity        ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
1st. Amendment. 14th Amendment.

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

N/A

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

San Bernardino Sheriff J. Moss #F6917 used Local law under Land Use Services Department to enforce codes. J. Moss #F6917 used State law Penal Code 1524 to search, destroy and seize property to deprive liberty. San Bernardino Sheriff J. Frias #F6917, B. Stebbing #G3841, Gregory Ditfurth #D6032 used State law Penal Code 1524 to deprive liberty without due process.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

Chen Gu Shen's properties located at Adelatno City, 11922 Lower Azusa North El Monte, 15624 Moccasin Ct Victorville, 15833 Mojave St Hesperia

B.      What date and approximate time did the events giving rise to your claim(s) occur?

December 8th 2021 approximately 8:00 am at Adelanto City. December 17th 2021 approximately 11:00 am at North El Monte, December 20th 2021 approximately 11:00 am at Victorville, December 21th 2021 approximately 11:00 am at Hesperia

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

San Bernardino Sheriffs arrived at Chen Gu Shen's Property on December 8th 2021. They claimed violation of State and Local's laws. Officer J. Moss #F6917 and other officers searched and destroyed property. David Liu, Trizzy Nguyen and 3 others, who do not want to be name, were arrested and detained on site. Sheriffs left warrant and notice of violation.

On December 17th 2021, San Bernardino Sheriff J. Frias #F6901, B. Stebbing #G3841 and other officers searched and seized items located at 11922 Lower Azsua El Monte.

On December 20th 2021, San Bernardino Sheriff Gregory Ditfurth #D6032, B. Stebbing #G3841 and other officers searched and seized items located at 15624 Moccasin Ct Victorville

On December 21th 2021, San Bernardino Sheriff Gregory Ditfurth #D6032, J. Frias #F6901 and other officers searched and seized items located at 15833 Mojave St Hesperia

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
No sustained injuries occurred.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Requesting $1,250,000.00 for actual damages, litigation and labor:
800lbs of process product = $800,000
Undetermined amount of U.S Currency = $50,000
1750 Plants = $20,000
5-5000 Gallon Reservoir = 5 x $4,300 =$21,800
1-2500 Gallon Reservoir = $2,000
32-250 Gallon Totes = 32 x $150 = $4,800
9 Generators = 9 x $600 = $5,400
60 gallons gasoline= 60 x $4.30 = $375
15 gasoline tank = 25 x $15 = $375
60 gallons diesel = 60 x $4.30 = $270
16 greenhouse camps = 16 x $10,000 = $160,000
28 Big Fan = 28 x $500 = $14,000
1 Big Generator = $28,000
1 window = $650
2 car window = $600
1 car tire = $250
6 hand truck = $600
2 wire = $600
1 Entrance door and lock = $3,800
1 Room door and lock = $200
1 safe box = $600
1 Camera System = $3,500
Plumbing Supplies, labor, court costs, Electrical supplies 3, Misc. = $132,180-⁰⁰

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:        1/18/22

Signature of Attorney

Printed Name of Attorney     Phillip Lai

Bar Number     N/A

Name of Law Firm     N/A

Address     7925 Graves Ave

Rosemead              CA         91770
*City*               *State*      *Zip Code*

Telephone Number     (626) 241-8460

E-mail Address     Phillip.pcl@gmail.com

Page 6 of 6

Defendant No. 1

| | |
|---|---|
| Name | J. Moss #F6917 |
| Job or Title *(if known)* | |
| Address | 173 W 3rd St, Fourth Floor |
| | San Bernardino      CA      92415 |
| | *City*      *State*      *Zip Code* |
| County | San Bernardino |
| Telephone Number | 909-884-4056 |
| E-Mail Address *(if known)* | |

X Individual capacity      Official capacity