# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEN GU SHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>J. FRIAS, et al.,<br><br>    Defendants. | Case No. EDCV 22-00107-CJC (RAO)<br><br>JUDGMENT |

   In accordance with the Order Striking Complaint and Dismissing Action issued concurrently herewith,

   IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is stricken, and this action is dismissed without prejudice.

DATE: March 15, 2022

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE